No. 97–5051. DIGIOVANNI *v.* PENNSYLVANIA. Super. Ct. Pa.;
No. 97–5299. TALMAGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir.; and
No. 97–5770. IN RE JOHNSON. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed

until October 27, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.